

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

MICHAEL W. DOBBINS
CLERK

312-435-5670

October 21, 2004

Clerk of Court
District Court of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston MA 02210

    Re:    Turner vs. Filipowski
            USDC No.: 03 cv 7670

Dear Sir or Madam:

    Enclosed is the certified record which is being transferred to your court pursuant to an order entered by the Honorable Samuel Der-Yehgiayan dated October 7, 2004.

    Please acknowledge receipt of the record on the enclosed copy of this letter.

                              Sincerely yours,

                              Michael W. Dobbins, Clerk

                              By: _____
                                 Cynthia D. Young, Deputy Clerk

Enclosure(s):

New Case No. _____    Date  OCT 28 2004

04 - 12294

```
                                                          TERMED KEYS
                                                          TRANSF
                        U.S. District Court
              Northern District of Illinois (Chicago)

          CIVIL DOCKET FOR CASE #: 03-CV-7670

Turner, et al v. Filipowski, et al          Filed: 10/29/03
Assigned to: Hon. Samuel Der-Yeghiayan      Jury demand: Both
Demand: $0,000                              Nature of Suit: 850
Lead Docket: None                           Jurisdiction: Federal Question
Dkt # in Cir Ct of Cook Co : is 03CH16302

Cause: 28:1441 Petition for Removal
```

MIKE TURNER, On Behalf of              Patrick J. Sherlock
Himself and All Others                 [COR NTC]
Similarly Situated                     Attorney at Law
      plaintiff                        11 South LaSalle Street
                                       Suite 1600
                                       Chicago, IL 60603
                                       (312) 683-5575

                                       Marc M Umeda
                                       [COR LD NTC A]
                                       Bradley R Matthews
                                       [COR]
                                       Robbins Umeda & Fink, LLP.
                                       1010 Second Avenue
                                       Suite 2360
                                       San Diego, CA 92010
                                       (619) 525-3990

   v.

ANDREW J FILIPOWSKI                    Bruce S. Sperling
      defendant                        [COR LD NTC A]
                                       Celiza Patricia Braganca
                                       [COR]
                                       Adam P. Merrill
                                       [COR]
                                       Thomas David Brooks
                                       [COR]
                                       Daniel A. Shmikler
                                       [COR]
                                       Sperling & Slater
                                       55 West Monroe Street
                                       Suite 3200
                                       Chicago, IL 60603
                                       (312)641-3200

Docket as of October 21, 2004 2:43 pm

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK
By Cynthia [signature]
   DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
DATE: 10/4/04

```
Proceedings include all events.                                    TERMED
1:03cv7670 Turner, et al v. Filipowski, et al                             KEYS
                                                                   TRANSF

MICHEAL P CULLINANE
      defendant


PAUL L HUMENANSKY
      defendant


TOMMY BENNETT
      defendant


JOHN COOPER
      defendant


JAMES E COWIE
      defendant


MICHAEL H FORSTER
      defendant


ARTHUR W HAHN
      defendant


THOMAS J MEREDITH
      defendant


J KEVIN NATER
      defendant


JOHN RAU
      defendant




Docket as of October 21, 2004 2:43 pm              Page 2
```

```
Proceedings include all events.                              TERMED
1:03cv7670 Turner, et al v. Filipowski, et al                   KEYS
                                                             TRANSF
```

| Date | # | Entry |
|---|---|---|
| 10/29/03 | 1 | NOTICE OF REMOVAL by defendant Andrew J Filipowski from Circuit Court of Cook County with copy of Complaint, case no. 03CH16302; jury demand - Civil cover sheet - Appearance(s) of Daniel A. Shmikler, Thomas David Brooks, Adam P. Merrill, Bruce S. Sperling, Patrick J. Sherlock as attorney(s) for defendant Andrew J Filipowski ( Documents: (1-1 through 1-3)) (aga) [Entry date 10/30/03] |
| 10/29/03 | -- | RECEIPT regarding payment of filing fee paid; on 10/29/03 in the amount of $ 150.00,  receipt # 10416399. (aga) [Entry date 10/30/03] |
| 10/30/03 | -- | MAILED Rule 77(d) letter to Patrick J. Sherlock with appearance form. (aga) [Entry date 10/30/03] |
| 10/31/03 | -- | SCHEDULE set on 10/31/03 by Hon. Samuel Der-Yeghiayan : Initial status hearing set before Judge Samuel Der-Yeghiayan in courtroom 1719 for 01/13/04 at 9:00 a.m. The parties are directed to file an initial status report and Form 35 as provided by this order no later than 3 days prior to the initial status hearing and deliver courtesy copies to this Court's chambers. (See Reverse of Scheduling Order for Further Details.) Mailed notice (mw) [Entry date 10/31/03] |
| 11/3/03 | 2 | ATTORNEY APPEARANCE for plaintiff Mike Turner by Marc M Umeda, Bradley R. Matthews, Patrick J. Sherlock. (aga) [Entry date 11/04/03] |
| 11/26/03 | 3 | MOTION by plaintiff to remand or to abstain; Memorandum of points and authorities in support thereof; Notice. (aga) [Entry date 12/09/03] |
| 12/8/03 | 4 | MINUTE ORDER of 12/8/03  by Hon. Samuel Der-Yeghiayan : Plaintiff's motion to remand [3-1] or to abstain [3-2] is entered and continued. Defendants are given until 01/08/04 to file their response to the plaintiff's motion to remand [3-1] or to abstain [3-2].  The plaintiff is given until 01/15/04 to file his reply in support. Status hearing set for 1/13/04 is stricken and reset to 3/8/04 at 9:00 a.m. Mailed notice (aga) [Entry date 12/09/03] |
| 1/8/04 | 5 | MOTION by defendant Andrew J Filipowski for leave to file instanter a memorandum in excess of 15 pages (Attachment); Notice. (air) [Entry date 01/13/04] |
| 1/9/04 | 6 | MINUTE ORDER of 1/9/04 by Hon. Samuel Der-Yeghiayan: Defendants' motion for leavae to file instanter their response to the plaintiff's motion to remand in excess of 15 pages is denied. Mailed notice (air) [Entry date 01/13/04] |
| 1/12/04 | 7 | MOTION by defendant Andrew J Filipowski for leave to file instanter response to motion to remand (Attachment). (air) |

Proceedings include all events.                                                    TERMED
1:03cv7670 Turner, et al v. Filipowski, et al                                             KEYS
                                                                                   TRANSF
                  [Entry date 01/13/04]

1/12/04   8       NOTICE by defendant Andrew J Filipowski of motion for leave
                  to file instanter response to motion to remand [7-1]. (jmp)
                  [Entry date 01/14/04]

1/13/04   9       MINUTE ORDER of 1/13/04 by Hon. Samuel Der-Yeghiayan :
                  Defendant Filipowski's motion for leave to file instanter
                  [5-1] his response to the plaintiff's motion to remand
                  [3-1] is granted. The plaintiff is given until 01/20/04 to
                  file his reply in support of his motion to remand. Status
                  hearing set for 03/08/04 to stand. Mailed notice (jmp)
                  [Entry date 01/14/04]

1/20/04   10      REPLY by plaintiff Mike Turner to defendants' response to
                  motion to remand [3-1]. (gma) [Entry date 01/21/04]

3/4/04    --      SCHEDULE set on 3/4/04 by Hon. Samuel Der-Yeghiayan :
                  Status hearing set for 03/08/04 is reset to 3/23/04 at
                  9:00 a.m. Telephoned and Mailed notice (mw)
                  [Entry date 03/04/04]

3/22/04   --      SCHEDULE set on 3/22/04 by Hon. Samuel Der-Yeghiayan :
                  Status hearing set for 03/23/04 is reset to 5/5/04 at 9:00
                  a.m. Telephoned and mailed notice (mw) [Entry date 03/22/04]

5/4/04    --      SCHEDULE set on 5/4/04 by Hon. Samuel Der-Yeghiayan :
                  Status hearing set for 05/05/04 is reset to 6/22/04 at
                  9:00 a.m. Mailed and telephoned notice (mw)
                  [Entry date 05/04/04]

6/21/04   --      SCHEDULE set on 6/21/04 by Hon. Samuel Der-Yeghiayan :
                  Status hearing set for 06/22/04 is reset to 7/28/04 at
                  9:00 a.m. Telephoned notice (mw) [Entry date 06/21/04]

7/28/04   11      MINUTE ORDER of 7/28/04 by Hon. Samuel Der-Yeghiayan:
                  Status hearing held and continued to 9/22/04 at 9:00 a.m.
                  The parties are given until 8/29/04 to file a joint
                  memorandum relating to the issues of remanding the case to
                  a Bankruptcy Judge as stated on the record. Mailed notice
                  (jxm) [Entry date 07/29/04]

8/9/04    12      MINUTE ORDER of 8/9/04 by Hon. Samuel Der-Yeghiayan:
                  Status hearing set for 9/22/04 is reset to 10/7/04 at 9:00
                  a.m. The parties are ordered to submit briefings
                  addressing whether this court should transfer this case to
                  the District of Massachusetts pursuant to 38 U.S.C. 1412
                  and whether or not this case is related to the bankruptcy
                  proceedings in that district. The parties must file the
                  briefs by 9/2/04. Each side may then respond to briefs
                  filed by an opposing party by 9/16/04. All pending motions
                  are denied without prejudice [3-1] [3-2]. Mailed notice (jxm)
                  [Entry date 08/11/04]

Proceedings include all events.                                           TERMED
1:03cv7670 Turner, et al v. Filipowski, et al                                     KEYS
                                                                          TRANSF

| Date | # | Entry |
|---|---|---|
| 9/2/04 | 13 | MEMORANDUM by plaintiff addressing the court's question whether this action can be transferred to the District of Massachusetts pursuant to 28 U.S.C. 1412. (jxm) [Entry date 09/03/04] |
| 9/2/04 | 14 | OPENING BRIEF by defendants regarding potential transfer of this case to the District of Massachusetts (Attachments); Notice. (jxm) [Entry date 09/07/04] |
| 9/16/04 | 15 | MEMORANDUM OF POINTS by plaintiff and authorities in reply to defendants briefing on whether this action can be transferred to the District of Massachusetts pursuant to 28.U.S.C. 1412. (jxm) [Entry date 09/21/04] |
| 9/16/04 | 16 | RESPONSE BRIEF by defendants Andrew J Filipowski, Micheal P Cullinane and Paul L Humenansky regarding potential transfer of this case to the District of Massachusetts (Attachments). (jxm) [Entry date 09/21/04] |
| 10/7/04 | 17 | MINUTE ORDER of 10/7/04 by Hon. Samuel Der-Yeghiayan: For the reasons stated on the reverse side of this minute order, this matter is hereby transferred to the U.S. District Court of Massachusetts terminating case. Case transferred to Dist of: Massachusetts. (See reverse of minute order.) Mailed notice (cdy) [Entry date 10/08/04] |
| 10/7/04 | 18 | ENTERED JUDGMENT (cdy) [Entry date 10/08/04] |
| 10/7/04 | 19 | ATTORNEY APPEARANCE for defendant Andrew J. Filipowski by Celiza Patricia Braganca (cdy) [Entry date 10/08/04] |
| 10/21/04 | -- | CERTIFIED AND TRANSMITTED the complete record to the USDC for the District Court of Massachusetts consisting of one volume of pleadings, docket entries and transmittal letter via United Parcel Service, tracking no. 1Z6E25200391043500: Mailed copy of transmittal letter to counsel of record. (cdy) [Entry date 10/21/04] |