UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MIKE TURNER, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW J. FILIPOWSKI, MICHAEL P. CULLINANE, PAUL L. HUMENANSKY, TOMMY BENNET, JOHN COOPER, JAMES E. COWIE, MICHAEL H. FORSTER, ARTHUR W. HAHN, THOMAS J. MEREDITH, J. KEVIN NATER and JOHN RAU,<br><br>Defendants. | CIVIL ACTION NO.<br>4-CV-12294-NMG |

## NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

Kindly enter my appearance as counsel in this case for Defendants Tommy Bennett, John Cooper, James E. Cowie, Michael H. Forster, Arthur W. Hahn, Thomas J. Meredith, J. Kevin Nater and John Rau.

Dated: December 15, 2004
Boston, MA

Respectfully Submitted,

/s/ Kevin J. O'Connor
Kevin J. O'Connor (BBO# 555250)
PARAGON LAW GROUP, LLP
184 High Street
Boston, MA 02110
(617) 399-7950
oconnor@paragonlaw.com

Attorney for Defendants
TOMMY BENNETT, JOHN COOPER,
JAMES E. COWIE, MICHAEL H.
FORSTER, ARTHUR W. HAHN,
THOMAS J. MEREDITH, J. KEVIN
NATER and JOHN RAU

**CERTIFICATE OF SERVICE**

I, Kevin J. O'Connor, hereby certify that, on December 15, 2004, I caused a true and correct copy of the foregoing document to be served upon the following parties:

For Plaintiff:

| | |
|---|---|
| Patrick J. Sherlock, Esq. | Brian J. Robbins, Esq. |
| Law Office of Patrick J. Sherlock | Marc M. Umeda, Esq. |
| 11 South La Salle Street | Bradley R. Mathews, Esq. |
| Suite 1600 | Robbins, Umeda & Fink, LLP |
| Chicago, IL  60603 | 1010 Second Avenue, Suite 2360 |
| | San Diego, California  92101 |

(via overnight delivery)

For Defendants:

| | |
|---|---|
| John F. Hartmann | Samuel B. Isaacson |
| Michael A. Duffy | Joseph Collins |
| Kirkland & Ellis, LLP | Piper Rudnick |
| AON Center | 203 N. LaSalle Street |
| 200 E. Randolph Drive | Suite 1800 |
| Chicago, IL  60601 | Chicago, IL  60601 |

Joel G. Chefitz
James E. Hanlon
Howrey, Simon, Arnold & White, LLP
321 N. Clark Street
Suite 3400
Chicago, IL  60610

(via U.S. mail)

/s/ Kevin J. O'Connor

0043-002-101179