UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

MIKE TURNER, On Behalf of Himself )
and All Others Similarly Situated, )
)
Plaintiff, )
)
v. )          CVIL ACTION NO.
)          4-CV-12294-NMG
ANDREW J. FILIPOWSKI, MICHAEL P. )
CULLINANE, PAUL L. HUMENANSKY, )
TOMMY BENNET, JOHN COOPER, )
JAMES E. COWIE, MICHAEL H. )
FORSTER, ARTHUR W. HAHN, )
THOMAS J. MEREDITH, J. KEVIN )
NATER and JOHN RAU, )
)
Defendants. )
_____)

## NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

Kindly enter my appearance as counsel in this case for Defendants Tommy Bennett, John

Cooper, James E. Cowie, Michael H. Forster, Arthur W. Hahn, Thomas J. Meredith, J. Kevin

Nater and John Rau.

Dated: December 9, 2004                    Respectfully Submitted,
Boston, MA

                                           /s/ Mayeti Gametchu
                                           Mayeti Gametchu (BBO# 647787)
                                           PARAGON LAW GROUP, LLP
                                           184 High Street
                                           Boston, MA 02110
                                           (617) 399-7950
                                           gametchu@paragonlaw.com

                                           Attorney for Defendants
                                           TOMMY BENNETT, JOHN COOPER,
                                           JAMES E. COWIE, MICHAEL H.
                                           FORSTER, ARTHUR W. HAHN,
                                           THOMAS J. MEREDITH, J. KEVIN
                                           NATER and JOHN RAU

## CERTIFICATE OF SERVICE

I, Mayeti Gametchu, hereby certify that, on December 15, 2004, I caused a true and correct copy of the foregoing document to be served upon the following parties:

For Plaintiff:

Patrick J. Sherlock, Esq.                          Brian J. Robbins, Esq.
Law Office of Patrick J. Sherlock          Marc M. Umeda, Esq.
11 South La Salle Street                        Bradley R. Mathews, Esq.
Suite 1600                                              Robbins, Umeda & Fink, LLP
Chicago, IL  60603                               1010 Second Avenue, Suite 2360
                                                               San Diego, California  92101

(via overnight delivery)

For Defendants:

John F. Hartmann                                   Samuel B. Isaacson
Michael A. Duffy                                    Joseph Collins
Kirkland & Ellis, LLP                            Piper Rudnick
AON Center                                            203 N. LaSalle Street
200 E. Randolph Drive                          Suite 1800
Chicago, IL  60601                               Chicago, IL  60601

Joel G. Chefitz
James E. Hanlon
Howrey, Simon, Arnold & White, LLP
321 N. Clark Street
Suite 3400
Chicago, IL  60610

(via U.S. mail)

                                                /s/ Mayeti Gametchu

0040-002-101178

2