UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MIKE TURNER, On Behalf of Himself and All Others Similarly Situated,<br><br>        Plaintiff,<br><br>        v.<br><br>ANDREW J. FILIPOWSKI, MICHAEL P. CULLINANE, PAUL L. HUMENANSKY, TOMMY BENNET, JOHN COOPER, JAMES E. COWIE, MICHAEL H. FORSTER, ARTHUR W. HAHN, THOMAS J. MEREDITH, J. KEVIN NATER and JOHN RAU,<br><br>        Defendants. | CIVIL ACTION NO.<br>4-CV-12294-NMG |

## [PROPOSED] ORDER ON MOTION FOR ADMISSION *PRO HAC VICE*

Defendants Tommy Bennett, John Cooper, James E. Cowie, Michael H. Forster, Arthur W. Hahn, Thomas J. Meredith, J. Kevin Nater and John Rau, having moved under Local Rule 83.5.3(b) for an order admitting John F. Hartmann and Michael A. Duffy of the law firm Kirkland & Ellis LLP, 200 East Randolph Drive, Chicago, IL 60601, to the Bar of this Court *pro hac vice* to argue and try the above-captioned case, and the attorneys being members in good standing in the Bar of the State of Illinois, it is hereby ORDERED as follows:

The motion is granted, and Messrs. Hartmann and Duffy are admitted to the Bar of this Court *pro hac vice*.

    Dated: Boston, Massachusetts
          December __, 2004                           _____
                                                                        Nathaniel M. Gorton, U.S.D.J.

0043-002-101181