UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MIKE TURNER, On Behalf of Himself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ANDREW J. FILIPOWSKI, MICHAEL P. CULLINANE, PAUL L. HUMENANSKY, TOMMY BENNET, JOHN COOPER, JAMES E. COWIE, MICHAEL H. FORSTER, ARTHUR W. HAHN, THOMAS J. MEREDITH, J. KEVIN NATER and JOHN RAU, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION NO. <br> 4-CV-12294-NMG |

**AFFIDAVIT OF MAYETI GAMETCHU
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Mayeti Gametchu, being duly sworn, declare and state as follows:

1.  I am a partner in the law firm of Paragon Law Group, LLP, 184 High Street, Boston, MA 02110, which serves as local counsel for Defendants Tommy Bennett, John Cooper, James E. Cowie, Michael H. Forster, Arthur W. Hahn, Thomas J. Meredith, J. Kevin Nater and John Rau (hereinafter "Defendants") in the above-captioned action.

2.  I am a member of good standing of the Bar of the State of Massachusetts and of the United States District Court of Massachusetts. I respectfully submit this affidavit in support of Defendants' motion for an order, pursuant to Local Rule 83.5.3(b) of this Court admitting John F. Hartmann and Michael A. Duffy of the law firm of

2

Kirkland & Ellis LLP, 200 East Randolph Drive, Chicago, IL 60601, to the Bar of this Court to argue and try, in whole or part, the above-captioned action on behalf of Defendants.

      3.      Messrs. Hartmann and Duffy are duly admitted to practice in the State of Illinois. Messrs. Hartmann and Duffy are in good standing as members of the Bar of said state, and there are no disciplinary proceedings pending against them as members of the bar in any jurisdiction.

      4.      Messrs. Hartmann and Duffy are familiar with the requirements of the Local Rules of this Court.

I declare under the penalty of perjury that the foregoing is true and correct. Signed this 15th day of December 2004 in Boston, Massachusetts.

/s/ Mayeti Gametchu
Mayeti Gametchu (BBO# 647787)

0043-002-101180