UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MIKE TURNER, On Behalf of Himself and All Others Similarly Situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 4-CV-12294-NMG |
| ANDREW J. FILIPOWSKI, MICHAEL P. CULLINANE, PAUL L. HUMENANSKY, TOMMY BENNET, JOHN COOPER, JAMES E. COWIE, MICHAEL H. FORSTER, ARTHUR W. HAHN, THOMAS J. MEREDITH, J. KEVIN NATER and JOHN RAU, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**CERTIFICATE OF MICHAEL A. DUFFY**
**IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Michael A. Duffy, being duly sworn, declare and state as follows:

1. I am an associate with the law firm of Kirkland & Ellis LLP, 200 East Randolph Drive, Chicago, IL 60601, which serves as lead counsel for Defendants Tommy Bennett, John Cooper, James E. Cowie, Michael H. Forster, Arthur W. Hahn, Thomas J. Meredith, J. Kevin Nater and John Rau in the above-captioned action.

2. I submit this certificate in support of my application for admission as counsel, *pro hac vice*, pursuant to Local Rule 83.5.3.

3. I was admitted to the bar of the Supreme Court of the State of Illinois in November, 2000.

4.  I am currently a member in good standing in every jurisdiction where I have been admitted to practice, and there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5.  I am fully familiar with the requirements of the Local Rules of the United States District Court for the District of Massachusetts.

I declare under the penalty of perjury that the foregoing is true and correct. Signed this 7th day of December 2004 in Chicago, Illinois.

/s/ Michael A. Duffy
Michael A. Duffy
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
(312) 861-2252
maduffy@kirkland.com

0043-002-101183

2