## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Mike Turner, on behalf of himself and all others similarly situated<br><br>v.<br><br>Andrew J. Filipowski, et al. | )<br>)<br>)<br>)  Case No.    04 cv 12294-NMG<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR ADMISSION OF BRUCE S. SPERLING, EUGENE J. FRETT AND THOMAS D. BROOKS *PRO HAC VICE*

Defendant Andrew J. Filipowski hereby requests, pursuant to Local Rule 83.5.3(b), that his attorneys Bruce S. Sperling, Eugene J. Frett and Thomas D. Brooks, be admitted before this Court *Pro Hac Vice* in the above-captioned case. In support of this motion, movant respectfully states as follows:

1.      Messrs. Sperling, Frett and Brooks are members of the law firm Sperling & Slater P.C. , 55 West Monroe Street, Suite 3200, Chicago, Illinois 60603. They concentrate their practice in litigation, including securities litigation.

2.      Messrs. Sperling, Frett and Brooks are counsel to Mr. Filipowski, who is a defendant in this action, which alleges violations of the securities laws. Prior to this case being transferred to this Court from the Northern District of Illinois, Messrs. Sperling and Brooks were serving as counsel for Mr. Filipowski therein.

3.      Messrs. Sperling, Frett and Brooks are admitted to practice in, *inter alia*, the United States District Court for the Northern District of Illinois. They are also members in good standing of the following courts indicated on their attached certifications.

See Attached Certifications

WHEREFORE, it is respectfully requested that this Court enter an order authorizing Bruce S. Sperling, Eugene J. Frett, and Thomas D. Brooks to practice before this Court *pro hac vice*.

Dated: December 27, 2004

Respectfully submitted,

ANDREW J. FILIPOWSKI

By:  One of his attorneys

Daniel J. Lyne
Hanify & King
One Beacon Street
Boston, Massachusetts 02108-3107
617-423-0400
617-423-0498 (fax)

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

Mike Turner, on behalf of himself
And all others similarly situated              )
                                               )
                                               )
        v.                                     )      Case No.      04 cv 12294-NMG
                                               )
Andrew J. Filipowski, et al.                   )
                                               )
                                               )
                                               )

## CERTIFICATION OF BRUCE S. SPERLING

I, Bruce S. Sperling, certify the following in connection with the Motion to Admit Bruce
S. Sperling, Eugene J. Frett and Thomas D. Brooks *Pro Hac Vice*:

1.      I am a member of the bar in good standing for, *inter alia*, the United States
District Court for the Northern District of Illinois.    I am also a member in good standing of the
following courts:

United States Supreme Court; New York Supreme Court; Illinois Supreme Court; U.S
Court of Appeals (Federal, 2nd, 4th, 5th, 6th, 7th, 8th, 9th & 11th Circuits); U.S.D.C.
(ED NY, SD NY, ND IL, NV, CD CA; ED MI, ED WI); State of Virginia

2.      There are no disciplinary proceedings pending against me in any jurisdiction.

3.      I am familiar with the Local Rules of this Court.

Dated:  December 22, 2004

                                    _____
                                    Bruce S. Sperling
                                    Sperling & Slater
                                    55 West Monroe Street
                                    Suite 3200
                                    Chicago, Illinois 60603
                                    (312) 641-3200
                                    (312) 641-6492 (fax)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Mike Turner, on behalf of himself<br>And all others similarly situated<br><br>v.<br><br>Andrew J. Filipowski, et al. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.    04 cv 12294-NMG

## CERTIFICATION OF EUGENE J. FRETT

I, Eugene J. Frett, certify the following in connection with the Motion to Admit Bruce S. Sperling, Eugene J. Frett and Thomas D. Brooks *Pro Hac Vice*:

1.    I am a member of the bar in good standing for, *inter alia*, the United States District Court for the Northern District of Illinois.  I am also a member in good standing of the following courts:

> U.S.D.C. of Minnesota admitted in 1995;
> U.S.D.C., E.D. of Michigan admitted in 2000; and
> U.S.D.C., W.D. of Michigan admitted in 2003.

2.    There are no disciplinary proceedings pending against me in any jurisdiction.

3.    I am familiar with the Local Rules of this Court.

Dated:  December 22, 2004

_____
Eugene J. Frett
Sperling & Slater
55 West Monroe Street
Suite 3200
Chicago, Illinois 60603
(312) 641-3200
(312) 641-6492 (fax)

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Mike Turner, on behalf of himself<br>And all others similarly situated )<br> )<br>v. )<br> )<br>Andrew J. Filipowski, et al. )<br> )<br> )<br> ) | Case No.    04 cv 12294-NMG |

## CERTIFICATION OF THOMAS D. BROOKS

I, Thomas D. Brooks, certify the following in connection with the Motion to Admit Bruce S. Sperling, Eugene J. Frett and Thomas D. Brooks *Pro Hac Vice*:

1.    I am a member of the bar in good standing for, *inter alia*, the United States District Court for the Northern District of Illinois, the United States Court of Appeals for the Ninth Circuit, and the Supreme Court of Illinois.

2.    There are no disciplinary proceedings pending against me in any jurisdiction.

3.    I am familiar with the Local Rules of this Court.

Dated:  December 22, 2004

Thomas D. Brooks
Sperling & Slater
55 West Monroe Street
Suite 3200
Chicago, Illinois 60603
(312) 641-3200
(312) 641-6492 (fax)

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Mike Turner, on behalf of himself And all others similarly situated<br><br>v.<br><br>Andrew J. Filipowski, et al. | Case No.    04 cv 12294-NMG |

## ORDER GRANTING MOTION
## TO ADMIT BRUCE S. SPERLING, EUGENE J. FRETT
## AND THOMAS D. BROOKS *PRO HAC VICE*

This Court having considered the Motion to Admit Bruce S. Sperling, Eugene J. Frett and Thomas D. Brooks *Pro Hac Vice* (the "Motion") and the supporting certificates, and good cause appearing thereof, it is hereby

**ORDERED**, that the Motion is granted; and it is further

**ORDERED**, that Bruce S. Sperling , Eugene J. Frett and Thomas D. Brooks are authorized to appear and practice *pro hac vice* on behalf of Andrew Filipowski in this matter.

Dated: _____, 2004

_____
Hon. Nathaniel M. Gorton
United States District Judge