**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

RE:   Civil  No.  04-12294

Title: Turner v. Filipowski, et al

**N O T I C E**

Pursuant to Local Rule 40.1(E) (4), the above-entitled case has been returned to the Clerk for reassignment.  Please take notice that this case previously assigned to Judge Gorton has been reassigned to Judge Saris for all further proceedings.  From this date forward the case number on all pleadings should be followed by the initials  PBS  .

Thank you for your cooperation in this matter.

TONY ANASTAS
CLERK OF COURT

By:   /s/ Christine Patch
           Deputy Clerk

Date:  1/4/05

(Notice of LR40.1 Reassign.wpd - 3/15/02)                                                     [ntccsasgn.]