UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Mike Turner

        Plaintiff,                           CIVIL ACTION
                                                        NO. 04-12294-PBS

    v.

Andrew Filipowski, et al
        Defendants.

**NOTICE OF STATUS CONFERENCE**

SARIS, U.S.D.J.                                                                        January 4, 2005

      TAKE NOTICE that the above-entitled case has been set for a Status Conference on **January 11, 2005**, at **4:15 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts

                                                                  By the Court,

                                                                  /s/ Robert C. Alba
                                                                Deputy Clerk

Copies to:  All Counsel