UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHARON BOBBITT, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ANDREW J. FILIPOWSKI and MICHAEL P. CULLINANE, <br><br> Defendants. | CIVIL ACTION <br> NO. 04-12263-PBS <br><br> Judge Saris |
| MIKE TURNER, On Behalf of Himself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ANDREW J. FILIPOWSKI, MICHAEL P. CULLINANE, PAUL L. HUMENANSKY, TOMMY BENNETT, JOHN COOPER, JAMES E. COWIE, MICHAEL H. FORSTER, ARTHUR W. HAHN, THOMAS J. MEREDITH, J. KEVIN NATER and JOHN RAU, <br><br> Defendants. | CIVIL ACTION <br> NO. 04-12294-NMG <br><br> Judge Gorton |

**MOTION TO TRANSFER RELATED *TURNER* CASE
TO JUDGE SARIS PURSUANT TO LOCAL RULE 40.1**

Defendants Andrew J. Filipowski and Michael P. Cullinane hereby request that the case of Turner v. Filipowski, et al., currently before Judge Nathaniel M. Gorton, be transferred, with Judge Saris' consent, to Judge Patti B. Saris, who is the judge presiding over a related and previously filed case, Bobbitt v. Filipowski, et al. The remaining defendants in the Turner case have, via their counsel, consented to this motion and the requested transfer. Defendants make

this motion pursuant to Local Rule 40.1 of the District of Massachusetts, and in support thereof, state as follows:

1.  The Bobbitt case was initially filed in the United States District Court for the Northern District of Illinois (the "Northern District") on May 27, 2003. The case was assigned to Judge Samuel Der-Yeghiayan of the Northern District. The complaint alleged violations of the securities laws by Messrs. Filipowski and Cullinane and other current/former directors/officers of Divine, Inc. ("Divine") in connection with Divine's securities filings and disclosures. Subsequently, eight other class actions making similar allegations were filed in the Northern District. On August 19, 2003, Judge Der-Yeghiayan consolidated all these cases with Bobbitt under the Bobbitt caption and case number (03 C 3599).

2.  Subsequently, on October 29, 2003, Turner v. Filipowski, et al., which was originally filed in Illinois state court on September 30, 2003, and which also makes similar allegations, was removed to the Northern District (civil case number 03 C 7670). Turner was also assigned to Judge Der-Yeghiayan.

3.  Thereafter, on October 7, 2004, in identical Orders, Judge Der-Yeghiayan ordered that both the Bobbitt and Turner cases be transferred to the District of Massachusetts. Pursuant to Judge Der-Yeghiayan's Orders, the Northern District clerk transferred the Turner and Bobbitt files to the District of Massachusetts. Bobbitt was given the new case number 04-12263 and assigned to Judge Saris, and Turner was given the new case number 04-12294 and assigned to Judge Gorton.[1]

---

[1]  While it appears that, in this District, a docket entry was made in Turner three days before a docket entry was made in Bobbitt, that does not change the fact that, for purposes of LR 40.1's transfer provisions, Bobbitt is the "previously filed" case. As noted above, Bobbitt was both filed *and* consolidated in federal court before Turner was filed in any court. (While Judge Der-Yeghiayan issued his Orders transferring both actions simultaneously, it appears that the Bobbitt file was misdirected to

2

4.      Local Rule ("LR") 40.1 of the District of Massachusetts states that the clerk shall assign "related cases" to the same judge. When a case is related to one "previously filed," the second case should be assigned to the judge presiding over the previously filed case. LR 40.1(G)(1), (3). In the event the clerk erroneously assigns related cases to two different judges, the judges may jointly correct the error and "may then transfer the case pursuant to section (I) of this rule," which in turn provides that "a judge may ... transfer the case to another judge, if the other judge consents to the transfer." *See* LR 40.1(G)(3), (G)(5) and (I).

5.      Under Local Rule 40.1, cases are "related" if:

> some or all of the parties are the same and if one or more of the following similarities exist also: the cases involve the same or similar claims or defenses; or the cases involve the same property, transaction or event; or the cases involve insurance coverage for the same property, transaction or event; or the cases involve substantially the same questions of fact and law.

LR 40.1(G)(1). The defendants named in <u>Bobbitt</u> are Andrew J. Filipowski and Michael Cullinane. Messrs. Filipowski and Cullinane are also defendants in the <u>Turner</u> case. All defendants in both cases are former directors and/or officers of Divine. The plaintiffs in both cases purport to represent overlapping classes of the company's shareholders. Plaintiffs in both cases allege that the defendants violated securities laws while they were directors and officers of Divine. Indeed, the factual allegations in the two cases are overlapping. The allegations in both cases focus on actions taken and disclosures made vis-à-vis Divine's acquisition strategy and its subsidiary RoweCom. Moreover, the two purported plaintiff classes in <u>Turner</u> (former shareholders of eShare Communications Inc. and Delano Corp. who acquired shares of Divine when Divine acquired those companies) are purported sub-classes in <u>Bobbitt</u>. (Compare <u>Bobbitt</u> Consolidated Cmplt. ¶¶ 5(c), 9(b), 21-34; <u>Turner</u> Cmplt. ¶¶ 1-8.) Thus, these cases are related in

---

Springfield, Massachusetts, which may explain the delay in docketing that case in this District. See Exhibit A.)

several ways for purposes of LR 40.1, in that they (1) involve many of the same parties; (2) involve the same or similar claims or defenses; (3) involve the same transactions and events; and (4) involve substantially the same questions of fact and law.

6.  Section (I) of Local Rule 40.1 provides that: "In the interest of justice or to further the efficient performance of the business of the court, a judge may ... transfer the case to another judge, if the other judge consents to the transfer." The transfer of Turner as a case related to Bobbitt would further the interest of justice and the efficient performance of the business of the court, as one court would thereby be the single source of rulings concerning the issues of these two similar and related cases, thus obviating inconsistent rulings and avoiding duplication of effort.

WHEREFORE, for all the foregoing reasons, defendants Andrew J. Filipowski and Michael P. Cullinane, with the consent of the remaining defendants in the Turner case, respectfully request that Turner v. Filipowski, et al., Civil Action No. 04-12294-NMG, be transferred, with Judge Saris' consent, to Judge Saris, who is presiding over a related and previously filed case, Bobbitt v. Filipowski, et al., Civil Action No. 04-12263-PBS.

December 27, 2004

                Respectfully submitted,

                ANDREW J. FILIPOWSKI and
                MICHAEL P. CULLINANE

                By: Counsel for Mr. Filipowski

                Daniel J. Lyne
                Hanify & King
                One Beacon Street
                Boston, Massachusetts 02108-3107
                617-423-0400

617-423-0498 (fax)

Of Counsel:

For Andrew J. Filipowski

Bruce S. Sperling
Eugene J. Frett
Thomas D. Brooks
Sperling & Slater
55 West Monroe Street
Suite 3200
Chicago, IL 60603
312-641-3200
312-641-6492

For Michael P. Cullinane

Samuel B. Isaacson
Lawrence A. Wojcik
Joseph E. Collins
Piper Rudnick
203 North LaSalle Street
Suite 1800
Chicago, IL 60601
312-368-4000

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHARON BOBBITT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW J. FILIPOWSKI and MICHAEL P. CULLINANE,<br><br>Defendants. | CIVIL ACTION<br>NO. 04-12263-PBS<br><br>Judge Saris |
| MIKE TURNER, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW J. FILIPOWSKI, MICHAEL P. CULLINANE, PAUL L. HUMENANSKY, TOMMY BENNETT, JOHN COOPER, JAMES E. COWIE, MICHAEL H. FORSTER, ARTHUR W. HAHN, THOMAS J. MEREDITH, J. KEVIN NATER and JOHN RAU,<br><br>Defendants. | CIVIL ACTION<br>NO. 04-12294-NMG<br><br>Judge Gorton |

## SERVICE LIST

**For Plaintiffs:**

Patrick J. Sherlock
Law Office of Patrick J. Sherlock
11 South LaSalle St.
Suite 1600
Chicago, IL 60603

Brian J. Robbins, Esq.
Marc M. Umeda, Esq.
Bradley R. Mathews, Esq.
Robbins Umeda & Fink, LLP
1010 Second Avenue, Suite 2360
San Diego, California 92101

Marvin A. Miller
**Miller Faucher and Cafferty LLP**
30 North LaSalle Street, Suite 3200
Chicago, IL 60602

Samuel H. Rudman
David A. Rosenfeld
**Lerach Coughlin Stoia Geller Rudman & Robbins**
200 Broadhollow Road, Suite 406
Melville, NY 11747

Robert D. Allison
**Law Offices of Robert D. Allison & Assoc.**
122 S. Michigan Ave., Suite 1850
Chicago, IL 60603

Howard T. Longman
**Stull, Stull & Brody**
Six East 45th Street
New York, NY 10017

*For Defendants*:

John F. Hartmann
Michael A. Duffy
Kirkland & Ellis, LLP
AON Center
200 E. Randolph Drive
Chicago, IL 60601

Samuel B. Isaacson
Joseph Collins
Piper Rudnick
203 N. LaSalle Street
Suite 1800
Chicago, IL 60601

Joel G. Chefitz
James E. Hanlon
Howrey Simon Arnold & White, LLP
321 N. Clark Street
Suite 3400
Chicago, IL 60610

CERTIFICATE OF SERVICE

    I, Daniel J. Lyne, hereby certify that I have this 4th day of January, 2005 served a copy of the foregoing Motion To Transfer Related Turner Case To Judge Saris Pursuant To Local Rule 40.1 by serving a copy of same, by first class mail, postage prepaid upon:

Bruce S. Sperling
Eugene J. Frett
Thomas D. Brooks
Sperling & Slater
55 West Monroe Street
Suite 3200
Chicago, IL 60603

Patrick J. Sherlock
Law Office of Patrick J. Sherlock
11 South LaSalle St.
Suite 1600
Chicago, IL 60603

Marvin A. Miller
Miller Faucher and Cafferty LLP
30 North LaSalle Street, Suite 3200
Chicago, IL 60602

Robert D. Allison
Law Offices of Robert D. Allison
  & Assoc.
122 S. Michigan Ave., Suite 1850
Chicago, IL 60603

John F. Hartmann
Michael A. Duffy
Kirkland & Ellis, LLP
AON Center
200 E. Randolph Drive
Chicago, IL 60601

Samuel B. Isaacson
Lawrence A. Wojcik
Joseph E. Collins
Piper Rudnick
203 North LaSalle Street
Suite 1800
Chicago, IL 60601

Brian J. Robbins, Esq.
Marc M. Umeda, Esq.
Bradley R. Mathews, Esq.
Robbins Umeda & Fink, LLP
1010 Second Avenue, Suite 2360
San Diego, California 92101

Samuel H. Rudman
David A. Rosenfeld
Lerach Coughlin Stoia Geller
Rudman & Robbins
200 Broadhollow Road, Suite 406
Melville, NY 11747

Howard T. Longman
Stull, Stull & Brody
Six East 45th Street
New York, NY 10017

Joel G. Chefitz
James E. Hanlon
Howrey Simon Arnold & White, LLP
321 N. Clark Street
Suite 3400
Chicago, IL 60610

Kevin J. O'Connor, Esq.
Mayeti Gametchu, Esq.
Paragon Law Group LLP
184 High Street
Boston, Massachusetts 02108

_____
Daniel J. Lyne

DATED: January 4, 2005

420529