SCANNED
DATE: 11-3-04
BY
CMG

RECEIVED
Clerk's Office
USDC, Mass.
Date 11-2-04
By CMG
Deputy Clerk

# United States District Court
## Northern District of Illinois - Eastern Division
### United States Courthouse
219 South Dearborn Street - Room 2010
Chicago, Illinois 60604

Michael W. Dobbins,
Clerk

October 22, 2004

Office of the Clerk
(312) 435-5691

DOCKETE

NOV 1 0 200

04 CV 12263 PBS

MAGISTRATE JUDGE *Ollingo*

COPY

Mr. Tony Anastas, Clerk
United States District Court
Federal Building
1550 Main Street 1 Courthouse Way
Springfield, MA 01103 Boston, MA

RE: SHARON BOBBIT, etc., VS. ANDREW J. FILIPOWSKI, et al,
USDC, N.D. IL, E. DIV., CASE NO. 03-CV-3599

Dear Clerk:

Enclosed is the certified record which is being transferred to your Court pursuant to an order entered by the Honorable Samuel Der-Yeghiayan on October 7, 2004,

The filing fee of $150.00 was paid by the plaintiff and has been reported to Washington as an earning in this office.

Please acknowledge receipt of the record on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

FILED
NOV 10 2004
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Angela Revis, Deputy Clerk

Enclosure

cc: Counsel of record

New Case No. 04CV12263-PBS     Date: 11/4/04

EXHIBIT
A

40