UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MIKE TURNER, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| v. | ) | No. 04-12294-PBS |
| | ) | |
| ANDREW J. FILIPOWSKI, et al. | ) | |
| | ) | |
|     Defendants. | ) | |
| | ) | |

NOTICE OF APPEARANCE

OF BRUCE S. BARNETT FOR DEFENDANT MICHAEL P. CULLINANE

    Please enter the appearance of the undersigned attorney on behalf of defendant Michael P. Cullinane, in this action.

                                                       Respectfully submitted,

Dated: January 11, 2005                            /s/ Bruce S. Barnett
                                                               Bruce S. Barnett (BBO#647666)
                                                               DLA Piper Rudnick Gray Cary US LLP
                                                               One International Place
                                                               21st Floor
                                                               Boston, MA 02110-2613
                                                               Email: bruce.barnett@dlapiper.com
                                                               Phone: 617-406-6000
                                                               Fax:  617-406-6100