UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS (BOSTON)

| | |
|---|---|
| MIKE TURNER, Individually and on Behalf of all Others Similarly Situated, ) ) ) | **CASE NO.** 1:04-cv-12294-(PBS) |
| Plaintiff, ) ) | |
| vs. ) ) ) | ASSENTED-TO-MOTION FOR ADJOURNMENT OF CONFERENCE |
| ANDREW J. FILIPOWSKI, *et al.* ) ) | |
| Defendants. ) ) ) | |

{00003945.DOC ; 1}

Lead Plaintiffs in the related action captioned *Sharon Bobbitt v. Andrew J. Filipowski*, 04-cv-12263 (PBS) (the "*Bobbitt* Action"), with the assent of Plaintiffs and Defendants in the above-captioned action, hereby move this Court for an adjournment of the conference scheduled for January 11, 2005, which was scheduled to be heard at the same time as the conference in the *Bobbitt* Action. Counsel respectfully requests that the Court reschedule the conference for January 19, which is the only day in the month of January that all counsel are available, or at the Court's earliest convenience. A similar motion requesting adjournment is also being filed in the *Bobbitt* Action.

DATED:  January 11, 2005                    Respectfully submitted,

                                            **GILMAN AND PASTOR, LLP**


                                            By:/s/David Pastor
                                            DAVID PASTOR (BBO # 391000)
                                            Stonehill Corporate Center
                                            999 Broadway
                                            Suite 500
                                            Saugus, MA  01906
                                            Telephone:  781/231-7850
                                            781/231-7840 (fax)

                                            *Local Counsel for Plaintiffs and the Class*

                                            LERACH COUGHLIN STOIA GELLER
                                             RUDMAN & ROBBINS LLP
                                            Samuel H. Rudman
                                            David A. Rosenfeld
                                            200 Broadhollow Road, Suite 406
                                            Melville, NY  11747
                                            Telephone:  631/367-7100
                                            631/367-1173 (fax)


                                            STULL STULL & BRODY
                                            Howard T. Longman
                                            6 East 45th Street
                                            New York, NY 10017
                                            (212) 687-7230
                                            212/490-2022 (fax)

                                            *Lead Counsel for Plaintiffs and the Class*

ASSENTED TO:

ROBBINS, UMEDA & FINK

By: /s/ Marc M. Umeda

MARC M. UMEDA
610 West Ash Street, Suite 1800
San Diego, CA 92101
619/525-3990
619/525-3991 (fax)

*Counsel for Plaintiff Mike Turner*

ASSENTED TO:

HANIFY & KING

By: /s/Daniel J. Lyne

DANIEL J. LYNE (BBO # 309290)
Professional Corporation
One Beacon Street
Boston, MA  02108-3107
617/423-0400
617/305-0663 (fax)

SPERLING & SLATER
Thomas D. Brooks
55 West Monroe Street, Suite 3200
Chicago, IL  60603
312/641-3200

*Counsel for Defendant Andrew J. Filipowski*


ASSENTED TO:

DLA PIPER RUDNICK GRAY CARY US LLP

By:  /s/Bruce S. Barnett

BRUCE S. BARNETT (BBO # 647666)
One International Place
Boston, MA  02110
617/406-6000
617/406-6102 (fax)

DLA PIPER RUDNICK GRAY CARY US LLP
Samuel B. Isaacson
Joseph E. Collins
203 North LaSalle Street, #1900
Chicago, IL  60601-1293
312/368-4000

*Counsel for Defendant Michael P. Cullinane*

ASSENTED TO:

PARAGON LAW GROUP LLP


By___/s/Kevin J. O'Connor----------------------
KEVIN J. O'CONNOR
184 High Street
Boston, MA 02110
617/399-7950
617-399-7955(fax)

KIRKLAND & ELLIS, LLP
John F. Hartmann
Michael A. Duffy
200 E. Randolph Drive
Chicago, IL  60601
312/861-2000
312/861-2200(fax)
*Counsel for Defendants Tommy Bennett, John
Cooper, James E. Cowie, Michal H. Forster,
Arthur W. Hahn, Thomas J. Meredith, J. Kevin
Nater and John Rau*


ASSENTED TO:

HOWREY SIMON ARNOLD & WHITE, LLP
Joel Chefitz
James Hanlon, Jr.
321 North Clark St.
Suite 3400
Chicago, IL 60610
312/595-1522
312/595-2250 (fax)

*Counsel for Defendant Paul L. Humenansky*

{00003945.DOC ; 1}- 4 -