UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MIKE TURNER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ANDREW J. FILIPOWSKI, et al. )<br>)<br>Defendants. )<br>) | CIVIL ACTION<br>No. 04-12294-PBS |

MOTION FOR ADMISSION OF SAMUEL B. ISAACSON, LAWRENCE A. WOJCIK
AND JOSEPH COLLINS PRO HAC VICE

Defendant Michael P. Cullinane hereby moves this Court, pursuant to Local Rule 83.5.3(b), for an Order admitting attorneys Samuel B. Isaacson, Lawrence A. Wojcik and Joseph Collins before this Court in the above-captioned matter. In support of this motion, movant respectfully states as follows:

1.  Applicants Samuel B. Isaacson, Lawrence A. Wojcik and Joseph Collins are attorneys with the law firm DLA Piper Rudnick Gray Cary US LLP, 203 N. LaSalle St., Suite 1800, Chicago, Illinois 60601. The applicants concentrate their practice in the areas of commercial litigation and securities litigation.

2.  The applicants are counsel to defendant Cullinane, a former director and officer of divine, Inc. The applicants served as counsel for Mr. Cullinane in this case prior to its transfer to this Court from the Northern District of Illinois. (On January 1, 2005, the law firm of the applicants and the undersigned changed its name from Piper Rudnick LLP to DLA Piper Rudnick Gray Cary US LLP.)

3.  The applicants are each admitted to practice in, inter alia, the United States District Court for the Northern District of Illinois and the State of Illinois, Supreme Court and

~BOST1:315853.v1

are members in good standing of the bar in every jurisdiction in which they have been admitted. The certificates required by Local Rule 83.5.3(b) are attached hereto.

4.	The undersigned is a member of the bar of this Court and is herewith filing an appearance in this action.

WHEREFORE, movant respectfully requests that this Court enter an order granting Samuel B. Isaacson, Lawrence A. Wojcik and Joseph Collins leave to practice before this Court pro hac vice.

                                                  Michael P. Cullinane

                                                  By his attorneys

Dated:  January 11, 2005                  /s/ Bruce S. Barnett
                                                  Bruce S. Barnett (BBO#647666)
                                                  DLA Piper Rudnick Gray Cary US LLP
                                                  One International Place
                                                  21st Floor
                                                  Boston, MA 02110-2613
                                                  Email: bruce.barnett@dlapiper.com
                                                  Phone: 617-406-6000
                                                  Fax:  617-406-6100

~BOST1:315853.v1