UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MIKE TURNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| v. ) | No. 04-12294-PBS |
| ) | |
| ANDREW J. FILIPOWSKI, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

PRO HAC VICE CERTIFICATE OF SAMUEL B. ISAACSON

I, Samuel B. Isaacson, certify the following in connection with the Motion for Admission of Samuel B. Isaacson, Lawrence A. Wojcik and Joseph Collins Pro Hac Vice and pursuant to Local Rule 83.5.3(b):

1. I am an attorney with the law firm of DLA Piper Rudnick Gray Cary US LLP. My office is located at 203 N. LaSalle Street, Suite 1900, Chicago, Illinois 60601-1293.

2. I am a member of the bar of the State of Illinois. I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice, including the United States District Court for the Northern District of Illinois and the State of Illinois, Supreme Court.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4. I am familiar with the Local Rules of this Court.

~BOST1:315968.v1

Signed under the pains and penalties of perjury this 11th day of January, 2005.

    /s/ Samuel B. Isaacson
Samuel B. Isaacson
DLA Piper Rudnick Gray Cary US LLP
203 N. LaSalle Street
Suite 1900
Chicago, IL 60601-1293
312-368-4000 (telephone)
312-236-7516 (facsimile)

~BOST1:315968.v1