UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MIKE TURNER,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW J. FILIPOWSKI, MICHAEL P. CULLINANE, PAUL L. HUMENANSKY, TOMMY BENNET, JOHN COOPER, JAMES E. COWIE, MICHAEL H. FORSTER, ARTHUR W. HAHN, THOMAS J. MEREDITH, J. KEVIN NATER and JOHN RAU,<br><br>Defendant. | CIVIL ACTION NO.<br>04-CV-12294-PBS<br><br>FILING FEE PAID:<br>RECEIPT # 61430<br>AMOUNT $ 100.00<br>BY DPTY CLK<br>DATE 1/13/05 |

## MOTION FOR ADMISSION OF JOEL G. CHEFITZ AND JAMES E. HANLON, JR. *PRO HAC VICE* ON BEHALF OF DEFENDANT PAUL L. HUMENANSKY

The undersigned hereby moves, pursuant to Local Rule 83.5.3(b), that Joel G. Chefitz and James E Hanlon, Jr., be admitted before this Court *Pro Hac Vice* in the above-captioned case as counsel for defendant Paul L. Humenansky. In support of this motion, movant respectfully states as follows:

1. Messrs. Chefitz and Hanlon are members of the law firm Howrey Simon Arnold & White, LLP, 321 North Clark, Suite 3400, Chicago, Illinois 60610. They concentrate their practices in litigation, including securities litigation.

2. Messrs. Chefitz and Hanlon are counsel to Mr. Humenansky, who is a defendant in this action, which alleges violation of the securities laws.

3.   Messrs. Chefitz and Hanlon are admitted to practice in, *inter alia*, the United States District Court for the Northern District of Illinois and its trial bar and the Illinois Supreme Court. They are also members in good standing of the other courts indicated on their attached certifications.

4.   The undersigned is a members of the bar of this Court and has made an appearance in this action on behalf of defendant Michael P. Cullinane.

WHEREFORE, it is respectfully requested that this Court enter an order authorizing Joel G. Chefitz and James E. Hanlon, Jr. to practice before this Court *pro hac vice* on behalf of defendant Paul L. Humenansky.

Respectfully submitted,

Dated: January 13, 2005

Bruce S. Barnett (BBO #647666)
DLA Piper Rudnick Gray Cary US LLP
One International Place
Boston, MA 02110
Email: bruce.barnett@dlapiper.com
Phone: 617-406-6000
Fax: 617-406-6100

DM_US\8084219.v1