UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MIKE TURNER, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW J. FILIPOWSKI, MICHAEL P. CULLINANE, PAUL L. HUMENANSKY, TOMMY BENNET, JOHN COOPER, JAMES E. COWIE, MICHAEL H. FORSTER, ARTHUR W. HAHN, THOMAS J. MEREDITH, J. KEVIN NATER and JOHN RAU,<br><br>Defendant. | CIVIL ACTION NO.<br>04-CV-12294-~~NMG~~ PBS |

## CERTIFICATION OF JOEL G. CHEFITZ

I, Joel G. Chefitz, certify the following in connection with the Motion to Admit Joel G. Chefitz and James E. Hanlon, Jr. *Pro Hac Vice*:

1. I am a member in good standing of the bar for, among others, the United States Supreme Court, the Illinois Supreme Court, the United States District Court for the Northern District of Illinois and its trial bar, and the United States Courts of Appeals for the Second, Third, Fourth, Fifth, Seventh, Ninth, D.C., and Federal Circuits.

2. There are no disciplinary proceedings pending against me in any jurisdiction.

3. I am familiar with the Local Rules of this Court.

Dated: January 11, 2005

Joel G. Chefitz
Howrey Simon Arnold & White, LLP
321 North Clark, Suite 3400
Chicago, IL 60610
(312) 595-1239

DM_US\8084219.v1