UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MIKE TURNER, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW J. FILIPOWSKI, MICHAEL P. CULLINANE, PAUL L. HUMENANSKY, TOMMY BENNET, JOHN COOPER, JAMES E. COWIE, MICHAEL H. FORSTER, ARTHUR W. HAHN, THOMAS J. MEREDITH, J. KEVIN NATER and JOHN RAU,<br><br>Defendant. | CIVIL ACTION NO.<br>04-CV-12294-~~NMG~~ PBS |

*rec'd 1-13-05*

## CERTIFICATION OF JAMES E. HANLON, JR.

I, James E. Hanlon, Jr., certify the following in connection with the Motion to Admit Joel G. Chefitz and James E. Hanlon, Jr. *Pro Hac Vice*:

1. I am a member in good standing of the bar for the United States District Court for the Northern District of Illinois and its trial bar, the Court of Appeals for Seventh Circuit, and the State of Illinois, Supreme Court.

2. There are no disciplinary proceedings pending against me in any jurisdiction.

3. I am familiar with the Local Rules of this Court.

Dated: January 11, 2005

_____
James E. Hanlon, Jr.
Howrey Simon Arnold & White, LLP
321 North Clark, Suite 3400
Chicago, IL 60610
(312) 595-1239