**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MIKE TURNER, On Behalf of Himself and All Others Similarly Situated, ) ) ) ) Plaintiff, ) ) v. ) ) ANDREW J. FILIPOWSKI, MICHAEL P. ) CULLINANE, PAUL L. HUMENANSKY, ) TOMMY BENNETT, JOHN COOPER, ) JAMES E. COWIE, MICHAEL H. FORSTER, ) ARTHUR W. HAHN, THOMAS J. MEREDITH, ) J. KEVIN NATER and JOHN RAU, ) ) Defendants. ) ) | Case No. 04-12294-PBS |

**NOTICE OF APPEARANCE**

Please enter the appearance of the undersigned as counsel to the Plaintiff Mike Turner.

/s/ Stephanie R. Pratt
Stephanie R. Pratt (BBO# 655108)
SEGAL, ROITMAN & COLEMAN
11 Beacon Street, Suite 500
Boston, MA 02108
617-742-0208
spratt@segalroitman.com

Marc M. Umeda
ROBBINS UMEDA & FINK, LLP
610 West Ash Street, Suite 1800
San Diego, CA 92101
619-525-3990
umeda@ruflaw.com

Dated: January 26, 2005

**CERTIFICATE OF SERVICE**

    I hereby certify that a true copy of the above document was served upon defendant's counsel of record this 26th day of January, 2005 via first class mail, postage prepaid.

                                  /s/ Stephanie R. Pratt
                                  Stephanie R. Pratt

Service List

Counsel for Plaintiffs

Marc M. Umeda
Robbins Umeda & Fink, LLP
610 West Ash Street, Suite 1800
San Diego, CA 92101
Telephone: 619/525-3990
Facsimile: 619/525-3991

Patrick J. Sherlock
LAW OFFICE OF PATRICK J. SHERLOCK
11 South LaSalle Street, Suite 1600
Chicago, IL  60603
Telephone: 312/683-5575
Facsimile:  312/896-5784

Samuel H. Rudman
David A. Rosenfeld
LERACH COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
200 Broadhollow Road, Suite 406
Melville, NY 11747

Mary T. Sullivan
SEGAL ROITMAN & COLEMAN
11 Beacon Street, Suite 500
Boston, MA 02108
Telephone: 617/742-0208
Facsimile:617/742-2187

Marvin A. Miller
MILLER FAUCHER AND CAFFERTY LLP
30 N. LaSalle Street, Suite 3200
Chicago, IL 60602

Robert D. Allison
LAW OFFICES OF ROBERT D. ALLISON
 & ASSOCIATES
122 S. Michigan Avenue, Suite 1850
Chicago, IL 60603

Howard T. Longman
STULL STULL & BRODY
Six East 45th Street
New York, NY 10017

Counsel for Defendants

Bruce S. Sperling
Thomas D. Brooks
Angie Chen
SPERLING & SLATER PC
55 W. Monroe Street, Suite 3200
Chicago, IL 60603

Counsel for Andrew Filipowski

Joel G. Chefitz
James E. Hanlon, Jr.
HOWREY SIMON ARNOLD & WHITE LLP
321 N. Clark Street, Suite 3400
Chicago, IL 60610

Counsel for Paul Humenansky

Samuel B. Isaacson
Joseph Collins
PIPER RUDNICK
203 N. LaSalle Street, Suite 1800
Chicago, IL 60601

Counsel for Michael P. Cullinane

John F. Hartmann
Michael A. Duffy
KIRKLAND & ELLIS LLP
AON Center
200 E. Randolph Drive
Chicago, IL 60601

Counsel for Tommy Bennett, John Cooper, James E. Cowie, Michael H. Forster, Arthur W. Hahn, Thomas J. Meredith, J. Kevin Nater and John Rau

Mts/indvT-Z/Turner/pleadings/noticeofapp-SP.doc