UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MIKE TURNER, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW J. FILIPOWSKI, MICHAEL P. CULLINANE, PAUL L. HUMENANSKY, TOMMY BENNETT, JOHN COOPER, JAMES E. COWIE, MICHAEL H. FORSTER, ARTHUR W. HAHN, THOMAS J. MEREDITH, J. KEVIN NATER and JOHN RAU,<br><br>Defendants. | Case No. 04-12294-PBS<br><br>Judge Saris |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.5.3(b) of the Local Rules of the U.S. District Court for the District of Massachusetts, I, Mary T. Sullivan, a member in good standing of the bar of this Court, hereby move for the admission *pro hac vice* of the following counsel:

Marc M. Umeda, Esq.
Robbins Umeda & Fink LLP
610 West Ash Street, Suite 1800
San Diego, CA 92101

for the purpose of litigation in this Court as attorney for the Plaintiff. Mr. Umeda certifies herewith that he is a member in good standing of the Northern, Central and Southern Districts of California and is a member in good standing in each other jurisdiction to which he is admitted to practice; there are no disciplinary proceeding pending against him in any jurisdiction; and he has studied the Local Rules of this Court.

Respectfully submitted,

*/s/ Mary T. Sullivan*

Mary T. Sullivan, BBO #487130
SEGAL ROITMAN & COLEMAN
11 Beacon Street, Suite 500
Boston, MA 02108
Telephone: 617/742-0208
Facsimile: 617/742-2187

Dated: January 14, 2005

### CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing Motion for Admission *Pro Hac Vice* has been served on the parties on the attached Service List, via U.S. First-Class mail, postage-prepaid, on this 14th day of January, 2005.

*/s/ Mary T. Sullivan*

Mary T. Sullivan

Service List

Counsel for Plaintiffs

Marc M. Umeda
Robbins Umeda & Fink, LLP
610 West Ash Street, Suite 1800
San Diego, CA 92101
Telephone: 619/525-3990
Facsimile: 619/525-3991

Patrick J. Sherlock
LAW OFFICE OF PATRICK J.
SHERLOCK
11 South LaSalle Street, Suite 1600
Chicago, IL 60603
Telephone: 312/683-5575
Facsimile: 312/896-5784

Samuel H. Rudman
David A. Rosenfeld
LERACH COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
200 Broadhollow Road, Suite 406
Melville, NY 11747


Counsel for Defendants

Bruce S. Sperling
Thomas D. Brooks
Angie Chen
SPERLING & SLATER PC
55 W. Monroe Street, Suite 3200
Chicago, IL 60603

Counsel for Andrew Filipowski

Joel G. Chefitz
James E. Hanlon, Jr.
HOWREY SIMON ARNOLD & WHITE LLP
321 N. Clark Street, Suite 3400
Chicago, IL 60610

Counsel for Paul Humenansky

Mary T. Sullivan
SEGAL ROITMAN & COLEMAN
11 Beacon Street, Suite 500
Boston, MA 02108
Telephone: 617/742-0208
Facsimile: 617/742-2187

Marvin A. Miller
MILLER FAUCHER AND CAFFERTY
LLP
30 N. LaSalle Street, Suite 3200
Chicago, IL 60602

Robert D. Allison
LAW OFFICES OF ROBERT D. ALLISON
 & ASSOCIATES
122 S. Michigan Avenue, Suite 1850
Chicago, IL 60603

Howard T. Longman
STULL STULL & BRODY
Six East 45th Street
New York, NY 10017


Samuel B. Isaacson
Joseph Collins
PIPER RUDNICK
203 N. LaSalle Street, Suite 1800
Chicago, IL 60601

Counsel for Michael P. Cullinane

John F. Hartmann
Michael A. Duffy
KIRKLAND & ELLIS LLP
AON Center
200 E. Randolph Drive
Chicago, IL 60601

Counsel for Tommy Bennett, John Cooper, James E. Cowie, Michael H. Forster, Arthur W. Hahn, Thomas J. Meredith, J. Kevin Nater and John Rau