UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MIKE TURNER, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW J. FILIPOWSKI, MICHAEL P. CULLINANE, PAUL L. HUMENANSKY, TOMMY BENNETT, JOHN COOPER, JAMES E. COWIE, MICHAEL H. FORSTER, ARTHUR W. HAHN, THOMAS J. MEREDITH, J. KEVIN NATER and JOHN RAU,<br><br>Defendants. | Case No. 04-12294-PBS<br><br>Judge Saris |

## **CERTIFICATE OF MARC M. UMEDA**

In support of our Motion for Admission to appear *pro hac vice*, I, Marc M. Umeda, certify as follows:

1. I am one of the attorneys for Plaintiff Mike Turner.

2. I am licensed to practice law in the State of California. My State Bar Number is 197847.

3. I am admitted to practice before the United States District Courts for the Northern, Central and Southern Districts of California.

4. I am a member in good standing in every jurisdiction in which I have been admitted to practice.

5. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

6.     I am familiar with the Local Rules of the United States District Court of the District of Massachusetts and will abide by such Rules.

WHEREFORE, I, Marc M. Umeda, request that I be permitted to appear *pro hac vice* on behalf of the Plaintiff in this case.

Respectfully Submitted,

Marc M. Umeda, Esq.
ROBBINS UMEDA & FINK
610 West Ash Street, Suite 1800
San Diego, CA 92101
Telephone: 619/525-3990
Facsimile: 619/525-3991

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this ___ day of January, 2005, via first class mail, a true copy of the foregoing Certificate of Marc M. Umeda, *Pro Hac Vice* was served upon the parties on the attached Service List.

_____
Mary T. Sullivan

# Certificate of Good Standing

United States District Court )
) ss.
Northern District of California )

I, Richard W. Wieking, Clerk of the United States District Court for the Northern District of California, do hereby certify that Marc M. Umeda, Bar No. 197847 was duly admitted to practice in said Court on **September 30, 2002**, and is in good standing as a member of the bar of said Court.

Dated at San Francisco on November 9, 2004

_Richard W. Wieking_
Clerk