AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Eastern Division

Turner

v.

Filipowski

**DOCKETED OCT 0 8 2004**

**JUDGMENT IN A CIVIL CASE**

Case Number: 03 C 7670

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that for the reasons stated in the Court's minute order dated 10/07/04, this matter is hereby transferred to the U.S. District Court for Massachusetts.

Michael W. Dobbins, Clerk of Court

Date: 10/7/2004

Michael A. Wing, Deputy Clerk