UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MIKE TURNER, | ) ) ) CIVIL ACTION |
| Plaintiff, | ) No. 04-12294-PBS ) |
| v. | ) ) ) |
| ANDREW J. FILIPOWSKI, et al. | ) ) |
| Defendants. | ) ) |

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

Please enter my appearance in this matter as counsel for defendant Michael P. Cullinane.

Respectfully submitted,

/s/ John A.D. Gilmore
John A.D. Gilmore  (BBO #193060)
DLA PIPER RUDNICK GRAY CARY US LLP
One International Place
Boston, MA 02110
(617) 406-6000
Fax: (617) 406-6100
Email: john.gilmore@dlapiper.com

Dated: April 28, 2005