IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MIKE TURNER, On Behalf of Himself and All Others Similarly Situated,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>ANDREW J. FILIPOWSKI, MICHAEL P. CULLINANE, PAUL L. HUMENANSKY, TOMMY BENNETT, JOHN COOPER, JAMES E. COWIE, MICHAEL H. FORSTER, ARTHUR W. HAHN, THOMAS J. MEREDITH, J. KEVIN NATER and JOHN RAU,<br><br>　　　　　　　　　Defendants. | Case No. 04-12294-PBS<br><br>Judge Saris |

**ASSENTED TO MOTION TO CONTINUE STATUS CONFERENCE AND ADJOURN ORAL ARGUMENT ON PLAINTIFF'S MOTION TO REMAND**

Plaintiff Mike Turner ("Plaintiff") and defendants Andrew J. Filipowski, Michael P. Cullinane, Paul L. Humenansky, Tommy Bennett, John Cooper, James E. Cowie, Michael H. Forster, Arthur W. Hahn, Thomas J. Meredith, J. Kevin Nater and John Rau ("Defendants"), by their undersigned counsel, hereby move this Court to (i) continue the status conference from May 24, 2005 until July 19, 2005; and (ii) adjourn the oral argument on Plaintiff's motion to remand until July 19, 2005 at 3:00 p.m. As reasons therefor, the parties state:

1. Currently pending before the Court is Plaintiff's Motion for Reconsideration of Remand (the "Motion"), which motion is fully briefed. Oral argument on the Motion is currently set for May 24, 2005. This Court had also scheduled oral argument for the motion to dismiss filed in *Bobbitt v. Filipowski*, No. 1:04-cv-12263-(PBS), for May 24, 2005, but recently granted the Bobbitt plaintiffs' motion to adjourn oral argument to July 19, 2005.

2. Recently, the parties reached an agreement to attempt to mediate the claims in the above-captioned action. For this reason, the parties respectfully submit that it would be in all parties interest to adjourn the present schedule so that the parties can devote their time, energy and resources to the complex negotiations that resolution of this matter will require. The parties propose to submit a status report to the Court shortly after their first mediation session.[1] Accordingly, in an effort to minimize any unnecessary costs in this action, the parties hereby request (i) the continuance of the status conference from May 24, 2005 until July 19, 2005; and (ii) the oral argument on Plaintiff's Motion be adjourned until July 19, 2005 at 3:00 p.m.

3. The parties have conferred and all parties agree to this motion.

WHEREFORE, the parties respectfully request that this Court enter an Order to continue the status conference and to reschedule the oral argument scheduled for May 24, 2005 until July 19, 2005 at 3:00 p.m.

---

[1] The parties expect to agree to a mediator and a date for the mediation shortly and will advise the Court as soon as that is accomplished.

1

DATED: May 17, 2005

Respectfully Submitted,

ROBBINS UMEDA & FINK, LLP
MARC M. UMEDA

s/ Marc M. Umeda
_____
MARC M. UMEDA

610 West Ash Street, Suite 1800
San Diego, CA 92101
Telephone: 619/525-3990
Facsimile:  615/525-3991

LAW OFFICE OF PATRICK J. SHERLOCK
PATRICK J. SHERLOCK
11 South LaSalle Street, Suite 1600
Chicago, IL  60603
Telephone: 312/683-5575
Facsimile:  312/896-5784

SEGAL ROITMAN & COLEMAN
MARY T. SULLIVAN
11 Beacon Street, Suite 500
Boston, MA 02108
Telephone: 617/742-0208
Facsimile: 617/742-2187

Counsel for Plaintiff Turner

SPERLING & SLATER PC
BRUCE S. SPERLING
THOMAS D. BROOKS
ANGIE CHEN

s/ Thomas D. Brooks
_____
THOMAS D. BROOKS

55 W. Monroe Street, Suite 3200
Chicago, IL 60603
Telephone: 312/641-3200
Facsimile: 312/641-6492

HANIFY & KING
DANIEL J. LYNE
Professional Corporation
One Beacon Street
Boston, MA 02108-3107
Telephone: 617/423-0400
Facsimile: 617/305-0663

Counsel for Andrew Filipowski

2

DLA PIPER RUDNICK GRAY CARY US LLP
SAMUEL B. ISAACSON
JOSEPH COLLINS
LAWRENCE A. WOJCIK


   s/ Joseph Collins
_____
      JOSEPH COLLINS

203 N. LaSalle Street, Suite 1800
Chicago, IL 60601
Telephone: 312/368-4000
Facsimile: 312/630-7385

DLA PIPER RUDNICK GRAY CARY US LLP
BRUCE S. BARNETT
JOHN A.D. GILMORE
One International Place
Boston, MA 02110
Telephone:  617/406-6002
Facsimile: 617/406-6102

Counsel for Michael P. Cullinane

HOWREY SIMON ARNOLD & WHITE LLP
JOEL G. CHEFITZ
JAMES E. HANLON, JR.


   s/ Joel G. Chefitz
_____
      JOEL G. CHEFITZ

321 N. Clark Street, Suite 3400
Chicago, IL 60610
Telephone: 312/595-1348
Facsimile: 312/595-2250

Counsel for Paul Humenansky

KIRKLAND & ELLIS LLP
JOHN F. HARTMANN
MICHAEL A. DUFFY


   s/ Michael A. Duffy
_____
      MICHAEL A. DUFFY

AON Center
200 E. Randolph Drive
Chicago, IL 60601
Telephone: 312/861-2000
Facsimile: 312/861-2200

3

PARAGON LAW GROUP LLP
KEVIN J. O'CONNOR
MAYETI GAMETCHU
184 High Street
Boston, MA 02110
Telephone: 617/399-7950
Facsimile: 617/399-7955

Counsel for Tommy Bennett, John Cooper, James E. Cowie, Michael H. Forster, Arthur W. Hahn, Thomas J. Meredith, J. Kevin Nater and John Rau

4

## RULE 7.1 CERTIFICATION

      I, the undersigned counsel, represent that I have conferred with counsel of record in good faith with an eye towards resolving or narrowing the disputes in this matter.  Defendants do not oppose this motion.

s/ Marc M. Umeda
_____
Marc M. Umeda

G:\Divine\Motions - Opps\Motion to Cont. Status Conf.wpd