UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MIKE TURNER, On Behalf of Himself and All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>ANDREW J. FILIPOWSKI, MICHAEL P. CULLINANE, PAUL L. HUMENANSKY, TOMMY BENNETT, JOHN COOPER, JAMES E. COWIE, MICHAEL H. FORSTER, ARTHUR W. HAHN, THOMAS J. MEREDITH, J. KEVIN NATER and JOHN RAU,<br><br>　　　　　Defendants. | Case No. 04-12294-PBS |

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned as counsel to the Plaintiff Mike Turner.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ Anne R. Sills
　　　　　　　　　　　　　　　　　　Anne R. Sills
　　　　　　　　　　　　　　　　　　BBO #546576
　　　　　　　　　　　　　　　　　　SEGAL, ROITMAN & COLEMAN
　　　　　　　　　　　　　　　　　　11 Beacon Street, Suite #500
　　　　　　　　　　　　　　　　　　Boston, MA 02108
　　　　　　　　　　　　　　　　　　(617) 742-0208
　　　　　　　　　　　　　　　　　　asills@segalroitman.com

Dated: March 15, 2006

## CERTIFICATE OF SERVICE

　　　I hereby certify that this Notice of Appearance filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants via first class mail on the parties below:

Bruce S. Sperling, Esquire
Thomas D. Brooks, Esquire
Angie Chen, Esquire
SPERLING & SLATER PC
55 W. Monroe Street, Suite #3200
Chicago, IL  60603

Samuel B. Isaacson, Esquire
Joseph Collins, Esquire
PIPER RUDNICK
203 N. LaSalle Street, Suite #1800
Chicago, IL  60601

Joel G. Chefitz, Esquire
James E. Hanlon, Jr., Esquire
HOWREY SIMON ARNOLD & WHITE LLP
321 N. Clark Street, Suite #3400
Chicago, IL  60610

John F. Hartmann, Esquire
Michael A. Duffy, Esquire
KIRKLAND & ELLIS LLP
AON Center
200 E. Randolph Drive
Chicago, IL  60601

on this 15th day of March, 2006.

/s/ Anne R. Sills
Anne R. Sills, Esquire